# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Campaign for Accountability

v.

U.S. Department of Justice

**Case No:** 24-5163; 24-5170

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Campaign for Accountability

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: Anna Diakun

Direct Phone: (646) 745-8500  Fax: (___) ___-____  Email: anna.diakun@knightcolumbia.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Knight First Amendment Institute at Columbia University

Firm Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Firm Phone: (646) 745-8500  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]