# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5170
2. DATE DOCKETED: 07/05/2024
3. CASE NAME (lead parties only) Campaign for Accountability v. U.S. Department of Justice
4. TYPE OF CASE: ☒ District Ct - ● US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes  ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.         Tax Court Docket No.
      Civil Action 1:16-cv-01068-JMC     Bankruptcy                           Tax
      Criminal                           Adversary
      Miscellaneous                      Ancillary
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Ketanji Brown Jackson        Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 10/06/2017; 09/11/2020   e. Date notice of appeal filed: 06/28/2024
   f. Has any other notice of appeal been filed in this case?  ● Yes  ○ No   If YES, date filed: 06/18/2024
   g. Are any motions currently pending in trial court?  ○ Yes  ● No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ○ Yes  ● No
      If NO, why not? transcript already on file
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____   ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ● No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ● Yes  ○ No
      If YES, give popular name and citation of statute Freedom of Information Act, 5 U.S.C. 552
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No   If so, provide program name and participation dates

Signature /s/ Alex Abdo                    Date 08/05/2024
Name of Party Campaign for Accountability
Name of Counsel for Appellant/Petitioner Alex Abdo
Address 475 Riverside Drive, Suite 302 New York, NY 10115
Phone ( 646 ) 745-8500        Fax (    )    -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**Save**    **Reset Form**    **Print Form**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff–Appellee / Cross-Appellant,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant–Appellant / Cross-Appellee. | Case No. 24-5170 |

## CERTIFICATE OF SERVICE

I, Alex Abdo, certify that on August 5, 2024, I electronically filed a true and correct copy of the foregoing Civil Docketing Statement using the CM/ECF system, effecting service on all parties per D.C. Circuit Rule 25(f).

Dated: August 5, 2024             Respectfully submitted,

                                                 /s/ Alex Abdo
                                                 Alex Abdo